Josephine Gerrard, CSBN 303221
1791 Solano Avenue, Suite F01
Berkeley, CA 94707
Phone (510) 838-0529
Fax (510) 280-1635
Jo@gerrardlawoffices.com
Attorney for the plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DRAYTON,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,[1]<br>Acting Commissioner of Social Security<br><br>    Defendant. | Case No.: 2:16-cv-03056-CMK<br><br><br>STIPULATION AND ORDER FOR A THIRTY-DAY EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF |

The parties stipulate that, subject to the approval of the Court, that Plaintiff shall be granted a thirty-day extension from the current August 16, 2017 deadline to file Plaintiff's Opening Brief. This is Plaintiff's first request for an extension. There is good cause for this

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

STIPULATION AND PROPOSED ORDER FOR A THIRTY-DAY EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF - 1

extension because psychiatric records we have are handwritten and they are difficult to decipher. Therefore, the parties jointly request an extension up to and including **September 15th, 2017**.

Respectfully Submitted,

DATED: August 14th, 2017

/s/ Josephine M. Gerrard
JOSEPHINE M. GERRARD
Attorney for Plaintiff

DATED: August 14th, 2017

By:/s/
MARCELO N. ILLARMO
Social Security Administration
Lead Attorney
marcelo.illarmo@ssa.gov
Attorney to be noticed

BOBBIE J. MONTOYA
U.S. Attorney's Office
bobbie.montoya@usdoj.gov
Attorney to be noticed

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 18, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing notice of Appearance was filed with the Clerk of the Court on August 14th, 2017 using the CM/ECF system which will send notification of such filing to NANCY A. BERRYHILL, Defendants.

/s/ Lalita Kaewsawang
LALITA KAEWSAWANG
Legal Assistant
